**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ROBERT ANTHONY HUBBARD**                                    **PLAINTIFF**

**v.**                                    **No. 2:12CV96-B-V**

**BOLIVAR COUNTY
CORRECTIONAL FACILITY, ET AL.**                                      **DEFENDANTS**

**MEMORANDUM OPINION**

This matter comes before the court on the *pro se* prisoner complaint of Robert Anthony Hubbard, who challenges the conditions of his confinement under 42 U.S.C. § 1983. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this suit.

**Factual Allegations**

Hubbard alleges that defendant Sgt. Reynolds failed to secure Hubbard's locker when he was placed in lockdown, leading to the theft of Hubbard's belongings.

**Discussion**

Negligent conduct by prison officials does not rise to the level of a constitutional violation. *Daniels v. Williams*, 474 U.S. 327, 106 S.Ct. 662 (1986); *Davidson v. Cannon*, 474 U.S. 344, 106 S.Ct. 668 (1986). The plaintiff's allegations sound only in negligence and will thus be dismissed for failure to state a claim upon which relief could be granted. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED,** this the 20th day of June, 2012.

                                             /s/ Neal Biggers
                                             **NEAL B. BIGGERS, JR.
                                             UNITED STATES DISTRICT JUDGE**